[No. 25457-0-I.   Division One.   July 29, 1991.]

JOHN McDANIEL, *Appellant,* v. RAINIER BANK
OF OREGON, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 88-2-20223-1, Jim Bates, J., entered
December 7, 1989. *Reversed* by unpublished opinion per
Forrest, J., concurred in by Webster, A.C.J., and Scholfield,
J.

[No. 26312-9-I.   Division One.   July 29, 1991.]

KARL RABEL, *Plaintiff,* v. ALLIED VAN LINES,
INC., ET AL, *Defendants.*

TECHNA PRINT, INC., *Appellant,* v. KARL RABEL,
ET AL, *Defendants,* THOMAS BOLSER,
*Respondent.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 85-2-00534-0, Kathryn A. Trumbull,
J., entered March 30, 1990. *Affirmed* by unpublished opin-
ion per Pekelis, J., concurred in by Webster, A.C.J., and
Coleman, J.

[No. 26435-4-I.   Division One.   July 29, 1991.]

RICHARD P. JONES, ET AL, *Appellants,* v. JON
JAMIESON, *Respondent.*

Appeal from judgments of the Superior Court for King
County, No. 89-2-11091-1, James A. Noe, J., entered May
24 and June 6, 1990. *Affirmed* by unpublished opinion per
Forrest, J., concurred in by Coleman and Kennedy, JJ.